Maria Caterina ROSENFELD,
Plaintiff–Appellant,

and

Angelina Rosenfeld, Plaintiff,

v.

James HACKETT, Linn Benton
Housing Authority; et al.,
Defendants–Appellees.

No. 08–35584.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 20, 2009.*

Filed Jan. 28, 2009.

Maria Caterina Rosenfeld, Corvallis, OR, pro se.

Lauren C. Regan, Esquire, Eugene, OR, for Plaintiff.

Stephen P. Rickles, Esquire, The Rickles Law Firm PC, Portland, OR, Robert E. Franz, Jr., Esquire, Springfield, OR, for Defendants–Appellees.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**30**

R. Hogan, Presiding. D.C. No. 6:07–CV–06209–HO.

Before: O'SCANNLAIN, SILVERMAN and BYBEE, Circuit Judges.

MEMORANDUM **

Appellant's motion to correct an error in the reply brief is granted.

Upon review of the record and the parties' briefs, this court hereby summarily affirms the district court's order denying appellant's request for preliminary injunctive relief. *See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

**AFFIRMED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.